No. 71–6368.  PHILLIPS v. PITCHESS, SHERIFF.  C. A. 9th Cir.  Certiorari denied.

No. 71–6370.  FERGUSON v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–6380.  ALLERS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–6390.  HARDING v. WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 71–6396.  HOWARD v. SIGLER, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 71–6407.  THOMAS v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–6412.  WARD v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 71–6413.  WILSON, AKA GRIFFIN v. GAFFNEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 71–6414.  HUMPHREY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6417.  JACKSON v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 71–6420.  CRANFORD v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 71–6430.  TOWNSEND v. TWOMEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.